**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jose Antonio RIVERA, Defendant–**
**Appellant.**

**No. 11–12008**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 26, 2012.

Peggy Morris Ronca, Bruce S. Ambrose, Robert E. O'Neill, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

H. Kyle Fletcher, Office Of H. Kyle Fletcher, Oviedo, FL, for Defendant–Appellant.

Jose Antonio Rivera, Coleman, FL, pro se.

Before TJOFLAT, JORDAN and KRAVITCH, Circuit Judges.

PER CURIAM:

H. Kyle Fletcher, appointed counsel for Jose Antonio Rivera in this direct criminal appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Rivera's conviction and sentence are **AFFIRMED.**